**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA   :   No. 153 MM 2017

v.

JEREMY JAMES BROODY

PETITION OF: KURT T. LYNOTT,
ESQUIRE

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of December, 2017, in consideration of the Petition to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Wyoming County for that court to determine whether Petitioner's current counsel should be granted leave to withdraw. *See* Pa.R.Crim.P. 120.

     If current counsel is permitted to withdraw, the court is DIRECTED to resolve any issues relative to Petitioner being appointed counsel or granted leave to proceed *pro se*. The Court of Common Pleas of Wyoming County is DIRECTED to enter its order regarding this remand within 45 days and to promptly notify this Court of its determination.